UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT and KIM SUMMERS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION,<br><br>Defendant. | Civil Action No. 22-6726 (GC) (JBD)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Defendant PHH Mortgage Corporation's Motion to Dismiss Plaintiffs' Second Amended Complaint (SAC) (ECF No. 34) pursuant to Federal Rule of Civil Procedure (Rule) 12(b)(6). (ECF No. 38.) The Court has carefully reviewed the parties' submissions and decides the matter without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the Court's accompanying Memorandum Opinion, and for other good cause shown,

**IT IS** on this 26th day of February, 2025 **ORDERED** as follows:

1. Defendant's Motion to Dismiss (ECF No. 38) is **GRANTED**.

2. Plaintiff's SAC (ECF No. 34) is **DISMISSED** with prejudice.

3. The Clerk's Office is directed to **TERMINATE** the Motion pending at ECF No. 38 and **CLOSE** this case.

*Georgette Castner*
GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE